The People of the State of New York, Respondent, v. David H. Kahn and Emil Klein, Appellants.

(Argued May 15, 1930; decided July 8, 1930.)

*D. Francis Searle* and *Lionel O. Grossman* for appellants.

*Clarence Unckless, District Attorney,* for respondent.

Judgment affirmed under Code of Criminal Procedure, section 542; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.